UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

W.A. SOKOLOWSKI, Individually and
Derivatively on Behalf of OCWEN FINANCIAL        Civil No.  9:14-cv-81601 WPD
CORPORATION,

      Plaintiff,

v.

WILLIAM C. ERBEY, RONALD M. FARIS,
RONALD J. KORN, WILLIAM H. LACY, BARRY
N. WISH, ROBERT A. SALCETTI, WILBUR R.
ROSS, JOHN V. BRITTI, ALTISOURCE
PORTFOLIO SOLUTIONS, S.A., ALTISOURCE
RESIDENTIAL CORPORATION, ALTISOURCE
ASSET MANAGEMENT CORPORATION and
HOME LOAN SERVICING SOLUTIONS,

      Defendants,
and

OCWEN FINANCIAL CORPORATION, a Florida
Corporation,

      Nominal Defendant.
_____/

**JOINDER BY DEFENDANTS KORN, LACY, WISH, SALCETTI AND ROSS IN
MOTION TO STAY ACTION FILED BY DEFENDANTS OCWEN, ERBEY AND FARIS**

      Defendants Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti and Wilbur R. Ross, through their undersigned attorneys, hereby join the Motion to Stay Action (the "Motion") filed by Defendants Ocwen Financial Corporation, William C. Erbey and Ronald M. Faris, and further adopt all arguments made in the Motion and ask that they be deemed incorporated herein.

BERGER SINGERMAN

350 EAST LAS OLAS BLVD. | SUITE 1000 | FORT LAUDERDALE, FLORIDA 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

Dated:  April 13, 2015

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel to Ocwen Financial Corporation, Lacy, Korn, Wish, Salcetti & Ross*
350 East Las Olas Boulevard, 10th Floor
Fort Lauderdale, FL  33301
Direct: (954) 712-5138
Facsimile:  (305) 714-4340

By: *s/ Charles H. Lichtman*
 Charles H. Lichtman
 Florida Bar No. 501050
 clichtman@bergersingerman.com
 Anthony J. Carriuolo
 Florida Bar No. 434541
 acarriuolo@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to received electronic notice in this case as reflected on the attached Electronic Mail Notice List on this 13th day of April, 2015.

By: *s/ Charles H. Lichtman*
 Charles H. Lichtman

2

BERGER SINGERMAN

350 EAST LAS OLAS BLVD. | SUITE 1000 | FORT LAUDERDALE, FLORIDA 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

## SERVICE LIST

**W.A. SOKOLOWSKI v. WILLIAM C. ERBEY, et al.**
**CASE NO.  9:14-cv-81601-WPD**

Jeffrey Hirsch, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL  33301
hirschj@GTLAW.com

John P. Coffey, Esq.
Jonathan M. Wagner, Esq.
Jason M. Moff, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, N Y  10036
Scoffey@kramerlevin.com
Jwagner@kramerlevin.com
jmoff@kramerlevin.com

6337338-1

BERGER SINGERMAN
350 EAST LAS OLAS BLVD. | SUITE 1000 | FORT LAUDERDALE, FLORIDA 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM