UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

OCWEN DERIVATIVE ACTION LITIGATION

Civil No.  9:14-cv-81601-WPD

## ORDER GRANTING JOINT CONSENT MOTION FOR AMENDING BRIEFING SCHEDULE

THIS CAUSE came before the Court on the Joint Consent Motion For Amending Briefing Schedule pursuant to Fed. R. Civ. P 6(b) and S.D. Fla. L.R.7.1 [DE 145] and, having considered the Motion and all other relevant factors, this Court does hereby:

**ORDER and ADJUDGE**:

1. The Motion [DE 145] is **GRANTED**;

2. Nominal Defendant Ocwen Financial Corporation and Defendants William C. Erbey, Ronald M. Faris, Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, Wilbur Ross, John V. Britti, WLR Recovery Fund III, L.P., WLR Recovery Fund IV, L.P., WLR/GS Master Co-Investment, L.P., WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P., Beltline Road Insurance Agency, Inc., Altisource Portfolio Solutions S.A., Home Loan Servicing Solutions, Ltd., Altisource Residential Corporation, and Altisource Asset Management Corporation shall file an answer, motion, or otherwise respond to the Amended Verified Shareholder Derivative Complaint on or before **May 13, 2016**;

3. Should Nominal Defendant Ocwen Financial Corporation and/or Defendants William C. Erbey, Ronald M. Faris, Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, Wilbur Ross, John V. Britti, WLR Recovery Fund III, L.P., WLR Recovery Fund IV,

L.P., WLR/GS Master Co-Investment, L.P., WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P., Beltline Road Insurance Agency, Inc., Altisource Portfolio Solutions S.A., Home Loan Servicing Solutions, Ltd., Altisource Residential Corporation, and/or Altisource Asset Management Corporation move in response to the Amended Verified Shareholder Derivative Complaint on or before May 13, 2016, then Plaintiffs shall have until **June 17, 2016** to respond to such motion(s), and the movant(s) shall have until **July 15, 2016** to reply.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of March 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record