UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

OCWEN DERIVATIVE ACTION
LITIGATION

Master Case No. 14-CV-81601-WPD

## ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SHAREHOLDER DERIVATIVE COMPLAINT

THIS CAUSE is before the Court upon the filed stipulation of the parties for an extension of time for defendants Salcetti, Wish, Lacy, Korn and Ross to have one additional week to file a response to the Plaintiffs' Consolidated Verified Shareholder Derivative Complaint [DE 151] (the "Stipulation").  The Court has considered the Stipulation, and accordingly:

It is hereby **ORDERED AND ADJUDGED** that the Stipulation [DE 151] is **APPROVED** and the above defendants are granted an extension of time through and including May 20, 2016 to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 11th day of May 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

1