UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: OCWEN DERIVATIVE ACTION LITIGATION | Civil No. 9:14-cv-81601-WPD |
|---|---|

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Beltline Road Insurance Agency, Inc. ("Beltline") submits this Disclosure Statement and states that Beltline is an indirect subsidiary of Altisource Portfolio Solutions, S.A. (ASPS).

Dated: May 17, 2016.

*s/ Darren A. Shuler*
Darren A. Shuler
Florida Bar ID # 0113405
KING & SPALDING LLP
10712 Avenida Santa Ana
Boca Raton, FL 33498
Tel: 404-572-2790
Fax: 404-572-5139
dshuler@kslaw.com

-and-

Michael R. Smith (admitted *pro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

       Telephone:  404-572-4600
       Facsimile:  404-572-5100
       mrsmith@kslaw.com
       blee@kslaw.com

       *Counsel for Defendant Beltline Road Insurance Agency, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Service List.

This 17th day May, 2016.

*s/ Darren A. Shuler*
Darren A. Shuler

**SERVICE LIST**

Theodore J. Leopold
Cohen Milstein Sellers & Toll PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

Steven J. Toll
1100 New York Avenue, NW, Suite 500
Washington, DC 20008
Telephone: (202) 408-4600
Facsimile: (202) 521-0166
stoll@cohenmilstein.eom

Richard A. Speirs
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
rspeirs@cohenmilstein.com

Richard D. Greenfield
Greenfield & Goodman, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (917) 495-4446
Facsimile: (917) 745-4158\
whitehatrdg@earthlink.net

Lead Counsel for Plaintiff William A. Sokolowski

Stuart J. Guber
Timothy Peter
Faruqi & Faruqi, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
sguber@faruqilaw.com
tperter@faruqilaw.com

Nadeem Faruqi
Nine M Varindani
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com
nvarindani@faruqilaw.com

Michael J. Hynes
Ligaya T. Hernandez
Hynes Keller & Hernandez, LLC
1150 First Avenue
King of Prussia, PA 19406
Telephone: (217) 277-5770
Facsimile: (215) 277-5771
mhynes@hkh-lawfirm.com
lhernandez@hkh-lawfirm.com

Nathan C. Zipperian
Shepherd Finkelman Miller & Shah LLP
1625 N. Commerce Pkwy, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124
nzipperian@sfmslaw.com

Counsel for Plaintiff Helene Hutt

Jeffrey S. Abraham
Phillip T. Taylor
Abraham, Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
jabraham@aftlaw.com
ptaylor@aftlaw.com

Kenneth J. Vianale
Julie Prag Vianale
Vianale & Vianale LLP
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 392-4750
Facsimile: (561) 961-5191
kvianale@vianalelaw.com
jvianale@vianalelaw.com

Counsel for Plaintiff Robert Lowinger

Jeffrey B. Crockett
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
jcrockett@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com

Joe De Simone, of counsel
Matthew D. Ingber, of counsel
Niketa K. Patel, of counsel
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500
jdesimone@mayerbrown.com
mingber@mayerbrown.com
npatel@mayerbrown.com

Counsel for Defendant
Altisource Residential Corporation

Jeffrey Allan Hirsch
Greenberg Traurig
401 E. Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
hirschj@gtlaw.com

John P. Coffey
Jason M. Moff
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9456
Facsimile: (212) 715-8000
scoffey@kramerlevin.com
jmoff@kramerlevin.com

Counsel for Defendants William C. Erbey, Ronald M. Faris, Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, John V. Britti and Ocwen Financial Corporation

Jonathan M. Wagner
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9393
Facsimile: (212) 715-8000
jwagner@kramerlevin.com

Counsel for Defendants William C. Erbey, Ronald M. Faris, John V. Britti and Ocwen Financial Corporation

Charles H. Lichtman
Anthony J. Carriouolo
Berger Singerman LLP
Las Olas Centre II
350 E Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (964) 523-2872
clichtman@bergersingerman.com
acarrioulo@bergersingerman.com

David M. Cohen
Complex Law Group, LLC
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 335-9322
Facsimile: (770) 200-3101
dcohen@complexlawgroup.com

Counsel for Defendants Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, and Wilbur L. Ross, Jr.

David J. Lender
Kevin Meade
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY10153
Telephone: (212) 310-8153
Facsimile: (310) 8007
david.lender@weil.com
kevin.meade@weil.com

David P. Ackerman (FBN 374350)
Dana E. Foster (FBN 0185469)
Ackerman, Link & Sartory, P.A.
777 S. Flagler Drive, Suite 800 East
West Palm Beach, FL 33401
Telephone: (561) 838-4100
Facsimile: (561) 838-5305
dackerman@alslaw.com
dfoster@alslaw.com

Counsel for Defendant Altisource Asset Management Corporation

Edward Soto (FBN 0265114)
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
edward.soto@weil.com

Jonathan D. Polkes
Stephen A. Radin
Adam J. Bookman
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
stephen.radin@weil.com
adam.bookman@weil.com

Counsel for Defendant Home Loan Servicing Solutions, Ltd.

Rodney Quinn Smith, II
Gomm & Smith
175 SW 7th Street
Suite 2110
Miami, FL 33130
Telephone: (305) 856-7723
Facsimile: (786) 220-8256
quinn.smith@gommsmith.com

Counsel for Defendants WL Ross & Co. LLC,
WLR AHM Co-Invest, L.P., WLR IV Parallel
ESC, L.P., WLR Recovery Fund III, L.P.,
WLR Recovery Fund IV, L.P., WLR/GS
Master Co-Investment, L.P.