UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**In re:**

**OCWEN DERIVATIVE ACTION LITIGATION**

Civil No. 9:14-cv-81601-WPD

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF AMENDED BRIEFING SCHEDULE**

THIS CAUSE is before the Court upon the Unopposed Motion For Amending Briefing Schedule pursuant to Fed. R. Civ. P 6(b) and S.D. Fla. L.R.7.1 [DE 174] (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In the Motion, the parties state that they have been engaging in ongoing negotiations to reach a reasonable resolution of this litigation and have reached a juncture where they believe it is prudent to suspend the briefing schedule for the pending motions to dismiss [DE 157, 158, 160, 162-166, 171] while they continue discussions of a complete resolution of this case. *See* [DE 174]. The Court finds good cause to grant the requested extensions, but notes that it may be unlikely to grant further extensions.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Motion [DE 174] is hereby **GRANTED**. Plaintiffs shall file their responses to the Motions on or before August 19, 2016. Nominal Defendant Ocwen Financial Corporation and Defendants William C. Erbey, Ronald M. Faris, Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, Wilbur Ross, Jr., John V. Britti, WL Ross & Co. LLC, WLR Recovery Fund III, L.P., WLR Recovery Fund IV, L.P., WLR/GS Master Co-Investment, L.P., WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P., Beltline Road Insurance Agency, Inc., Altisource Portfolio Solutions S.A.,

Home Loan Servicing Solutions, Ltd., Altisource Residential Corporation, and Altisource Asset Management Corporation shall file any replies in support of their respective motions to dismiss on or before September 19, 2016.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 1st day of July 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record