UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In Re:**

**OCWEN DERIVATIVE ACTION
LITIGATION**

No. 14-81601-CIV-SNOW

**PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION
EXPENSES**

Plaintiffs W. A. Sokolowski, Robert Lowinger, and Helene Hutt hereby move this Court for final an award of attorneys' fees and litigation expenses pursuant to Fla. Stat. § 607.07401, and pursuant to the terms of the Stipulation of Settlement, signed by all Parties to the above-captioned Action, and filed with the Court [D.E. 201-1].

This motion is based upon the accompanying memorandum of law, the joint declaration in support, and such argument and additional papers as may be submitted to the Court.

DATED:  December 29, 2016

Respectfully submitted,

COHEN MILSTEIN SELLERS &
TOLL PLLC


_____ /s/ Theodore J. Leopold _____
Theodore J. Leopold
(Florida Bar No. 989762)
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: 561-515-1400
Facsimile: 561-515-1401
Email: tleopold@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
1100 New York Ave NW, Suite 500
Washington, DC 20008
Telephone: 202-408-4600
Email: stoll@cohenmilstein.com

Richard A. Speirs (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-838-7797
Email: rspeirs@cohenmilstein.com

*-and-*

GREENFIELD & GOODMAN, LLC
Richard D. Greenfield (admitted *pro hac vice*)
Marguerite R. Goodman
Ann M. Caldwell
Ilene F. Brookler
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 917-495-4446
Email: rdg@twowhitehats.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing and its supporting memorandum and other supporting documents were served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached service list on this 29th day of December, 2016.

/s/ Theodore J. Leopold
Theodore J. Leopold

***Counsel for W.A. Sokolowski***
Steven J. Toll
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Avenue
Suite 500
Washington, DC 20005

Richard A. Speirs, Esq.
Steven J. Toll, Esq.
COHEN MILSTEIN SELLERS &
TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005

*-and-*

Theodore J. Leopold, Esq.
COHEN MILSTEIN SELLERS &
TOLL, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

*-and-*

Richard D. Greenfield, Esq.
Marguerite R. Goodman, Esq.
Ann M. Caldwell, Esq.
Ilene F. Brookler, Esq.
GREENFIELD & GOODMAN
250 Hudson Street, 8th Floor
New York, NY 10013

***Counsel for Helene Hutt***

Ligaya T. Hernandez, Esq.
Michael J. Hynes, Esq.
HYNES KELLER & HERNANDEZ, LLC
1150 First Avenue, Suite 501
King of Prussia, PA 19406

*-and-*

Nadeem Faruqi, Esq.
Nina M. Varindani, Esq.
Stuart J. Guber, Esq.
Timothy J. Peter, Esq.
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

*-and-*

Nathan C. Zipperian, Esq.

SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
1625 North Commerce Parkway, Suite 320
Ft. Lauderdale, FL 33326

***Counsel for Robert Lowinger***

Jeffrey S. Abraham, Esq.
Philip T. Taylor, Esq.
ABRAHAM FRUCHTER & TWERSKY
One Penn Plaza, Suite 2805
New York, NY 10119

*-and-*

Julie Prag Vianale, Esq.
Kenneth Vianale, Esq.
VIANALE & VIANALE
5550 Glades Road, Suite 500
Boca Raton, FL 33431

***Counsel for Nominal Defendant Ocwen
Financial Corporation and Defendants
William Erbey, Ronald Faris, and John
Britti***

Jeffrey Allan Hirsch, Esq.
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301

John P. Coffey, Esq.
Jonathan M. Wagner, Esq.
Jason M. Moff, Esq.
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 100136
***Counsel to Ronald Korn, William Lacy,
Barry Wish, Robert Salcetti, Wilbur Ross,
Jr.***
Anthony J. Carriuolo, Esq.
Charles Howard Lichtman, Esq.
BERGER SINGERMAN LLP
Las Olas Centre II
350 E Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301

*-and-*

David M. Cohen, Esq.
COMPLETE LAW GROUP, LLC
40 Powder Springs Street
Marietta, GA 30064

***Counsel to Altisource Portfolio Solutions, S.A. and Beltline Road Insurance Agency, Inc.***

Benjamin Lee, Esq.
Michael R. Smith, Esq.
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

*-and-*

Darren A. Shuler, Esq.
KING & SPALDING LLP
10712 Avenida Santa Ana
Boca Raton, Florida 33498

***Counsel for Altisource Residential Corporation***

Jeffrey Bruce Crockett, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, FL 33133

*-and-*

Joseph De Simone, Esq.
Matthew D. Ingber, Esq.
Niketa K. Patel, Esq.
MAYER BROWN, LLP
1221 Avenue of the Americas
New York, NY 10020-1001

***Counsel for Altisource Asset Management Corporation***

Dana Elizabeth Foster, Esq.
ACKERMAN LINK & SARTORY
777 S. Flagler Drive, Suite 800 East
West Palm Beach, FL 33401

***Counsel for Home Loan Servicing Solutions, Ltd.***

Edward Soto, Esq.
WEIL GOTSHAL & MANGES
1395 Brickell Avenue, Suite 1200
Miami, FL 33131

***Counsel for WL Ross & Co. LLC, WLR Recover Fund III, L.P., WLR Recover Fund IV, L.P., WLR/GS Master Co-***

***Investment, L.P., WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P.***

David J. Lender, Esq.
Kevin Meade, Esq.
WEIL GOTSHAL & MANGES, LLP
767 5th Avenue
New York, NY 10153-0119

*-and-*
Rodney Quinn Smith II, Esq.
GOMM & SMITH
175 SW 7th Street, Suite 2110
Miami, FL 33130