UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81601-CIV-SNOW

───────────────────────────────────────────

IN RE: OCWEN DERIVATIVE ACTION LITIGATION

───────────────────────────────────────────

## **ORDER**

THIS CAUSE is before the Court on the Plaintiffs' Motion for Final Approval of Derivative Settlement (ECF No. 204) and the Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 205). A hearing on both issues which was attended by counsel for all parties was held before the undersigned on January 18, 2017. Both motions are unopposed and the Court finds that the terms of the settlement are fair, reasonable, and in the best interest of the Company and its shareholders. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1 In accordance with the Court's Order and Final Judgment which is being entered concurrently, the Plaintiffs' Motion for Final Approval of Derivative Settlement (ECF No. 204) and the Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 205) are GRANTED.

2. The Clerk of the Court is DIRECTED to CLOSE this case and deny any remaining pending motions as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of January, 2017.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties